CHARLES C. JAMES, Respondent, *v.* ALDERTON DOCK YARDS, LIMITED, Appellant.

(Argued October 17, 1933; decided November 21, 1933.)

*Clarence K. McGuire* and *Walter T. Neville* for appellant.

*Russell H. Robbins, Paul Austin Crouch* and *Joseph F. Mann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: CRANE and KELLOGG, JJ. Not sitting: CROUCH, J.